UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Case No. 1:04-cr-267-01

v.

                                          HONORABLE PAUL L. MALONEY

KENDALL JOSE HACKNEY

        Defendant.
_____/

## **MEMORANDUM OPINION AND ORDER**

Defendant Kendall Jose Hackney has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to cocaine base (crack cocaine).

Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission. 18 U.S.C. § 3582(c)(2). Amendment 706 and 711 of the United States Sentencing Guidelines modified the Drug Quantity Table with regard to cocaine base (crack cocaine). These modifications were made retroactive effective March 8, 2008. U.S.S.G. § 1B1.10(c). However, the amendment does not allow for a reduction if the offense involved 4.5 kilograms or more of cocaine base.

Defendant is currently serving a term of imprisonment based on his offense which included distributing more than 4,500 grams of cocaine base. Under these facts, the Court is not authorized to reduce his term of imprisonment based upon the modifications to the sentencing

guidelines.  *See United States v. Watkins*, __ F.3d__ (6th Cir. 2010 Nov. 3, 2010).  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Kendall Jose Hackney's motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. #32) is **DENIED**.


Date:   November 4, 2010               /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge